Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JUAN P. ORTIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN P. ORTIZ | ) Case No.: 1:13-cv-01792-GSA |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | ) |
| Defendant. | ) |

Based upon the stipulation of the parties (Doc. 12), IT IS HEREBY ORDERED that Plaintiff shall have an extension of time for filing his Opening Brief.

///

///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

Plaintiff shall file his Opening Brief on or before August 21, 2014.  All other deadlines set forth in the November 6, 2013 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

    Dated:   **July 29, 2014**                       **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE