1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5        Social Security Administration
         160 Spear Street, Suite 800
6        San Francisco, CA  94105
7        Telephone: (415) 977-8939
         Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                           FRESNO DIVISION

13

| | |
|---|---|
| JUAN P. ORTIZ, | No. 1:13-CV-01792-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this extension of time because of a very heavy workload despite due diligence in managing his calendar and to allow further settlement consideration.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, October 22, 2014.

                                              Respectfully submitted,

Date: *September 23, 2014*        LAW OFFICES OF LAWRENCE D. ROHLFING

                                By:    */s/ Lawrence D. Rohlfing**
                                          LAWRENCE D. ROHLFING
                                          *\* By email authorization on Sept. 23, 2014*
                                            Attorney for Plaintiff

Date: *September 23, 2014*        BENJAMIN B. WAGNER
                                            United States Attorney

                                By:    */s/ Jeffrey Chen*
                                          JEFFREY CHEN
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

                                          <u>ORDER</u>

IT IS SO ORDERED.

    Dated:  **September 23, 2014**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE