BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN P. ORTIZ, | ) No. 1:13-cv-01792-GSA |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **SECOND EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER** |
| | ) **RESPONSIVE BRIEF/MOTION FOR** |
| CAROLYN W. COLVIN, | ) **SUMMARY JUDGMENT** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension of time of 14 days to file her motion for summary judgment.  Defendant apologizes for inadvertently improperly calendaring this case schedule and respectfully requests this extension of time to properly consider the issues raised by Plaintiff.

///

///

1

The new due date for Defendant's motion for summary judgment will be Wednesday, November 5, 2014.

Respectfully submitted,

Date: <u>October 29, 2014</u>           LAW OFFICES OF LAWRENCE D. ROHLFING

By:  <u>*/s/ Lawrence D. Rohlfing*</u>
LAWRENCE D. ROHLFING
*\* By email authorization on Oct. 28, 2014*
Attorney for Plaintiff

Date: <u>October 29, 2014</u>           BENJAMIN B. WAGNER
United States Attorney

By:  <u>*/s/ Jeffrey Chen*</u>
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based on the foregoing stipulation, the Court *nunc pro tunc* extends the time for the filing of Defendant's responsive brief/motion for summary judgment to November 5, 2014.

IT IS SO ORDERED.

Dated: **November 5, 2014**           <u>/s/ Gary S. Austin</u>
UNITED STATES MAGISTRATE JUDGE